IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOSPITAL OF BARSTOW, INC., d/b/a BARSTOW COMMUNITY HOSPITAL,<br><br>Plaintiff,<br><br>v.<br><br>CALIFORNIA NURSES ASSOCIATION/NATIONAL NURSES ORGANIZING COMMITTEE (CNA/NNOC), AFL-CIO,<br><br>Defendant. | Case No. 13-cv-01063-CAS-DTB<br><br>**[PROPOSED]**<br>**ENTRY OF JUDGMENT** |

On November 18, 2013, this Court granted Defendant California Nurses Association's Motion to Dismiss in its entirety with prejudice. ECF No. 24. Plaintiff Hospital of Barstow ("Barstow") submitted a Notice of Appeal on December 18, 2013. ECF No. 25. On July 2, 2014, the Ninth Circuit granted the parties' motion to voluntarily dismiss the appeal. ECF No. 29. The Ninth Circuit's granting of the voluntary dismissal served as a mandate from the court.

/ / /

      Accordingly, judgment is hereby entered for Defendant.

      It is so ordered.

Dated: July 25, 2014

                    The Honorable Christina A. Snyder